## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SEYHMUS AYDEMIR,

                    Petitioner,                    22 **CIVIL** 100 (PAC)

         -v-                                          **<u>JUDGMENT</u>**

MERRICK GARLAND, U.S. Attorney General,
ALEJANDRO MAYORKAS, Secretary, U.S.
Department of Homeland Security,
UR MENDOZA JADDOU, Director, U.S.
Citizenship and Immigration Services,
CHRISTOPHER WRAY, Director, Federal
Bureau of Investigation,
                    Respondents.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 6, 2022, the Respondents' motion is dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         September 7, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                    **BY:**        *K. Mango*

                                                                       **Deputy Clerk**